Citizens Bank of Michigan City, Indiana, appellant, v. Otto Scharmer, trading as Scharmer Construction Company, appellee. Gen. No. 24,591.
Action by assignee of account to recover thereon in its own name.

Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919.

Boyle, Mott & Miller, for appellant. Archibald Cattell and Carl A. Waldron, for appellee.

Mr. Justice Barnes delivered the opinion of the court.